```
DARRELL JOSEPH HOWARD            MERIT HEALTH                     SOUTHERN FINANCIAL
13425 WINDRIDGE DR               P.O. BOX 281441                  P.O. BOX 15203
GULFPORT, MS 39503               ATLANTA, GA 30304                HATTIESBURG, MS 39401



THOMAS C. ROLLINS, JR.           MERRICK BANK CORP                SPEEDY CASH
THE ROLLINS LAW FIRM, PLLC       PO BOX 9201                      9240 HWY 49
P.O. BOX 13767                   OLD BETHPAGE, NY 11804           GULFPORT, MS 39503
JACKSON, MS 39236



AT&T                             MISSION LANE LLC                 SUMMER CHASE APARTMENT
PO BOX 5087                      ATTN: BANKRUPTCY                 2110 POPP'S FERRY RD
CAROL STREAM, IL 60197-5087      P.O. BOX 105286                  BILOXI, MS 39532
                                 ATLANTA, GA 30348



CONSUMER CELLULAR                NATIONAL CREDIT ADJUST           TMOBILE
P.O. BOX 7175                    P.O. BOX 3023                    PO BOX 660252
PASADENA, CA 91109               327 W 4TH STREET                 DALLAS, TX 75266-0252
                                 HUTCHINSON, KS 67504



CRESCENT BANK                    NELNET
P.O. BOX 1407                    PO BOX 82561
CHESAPEAKE, VA 23327             LINCOLN, NE 68501



FIRST PROGRESS                   OPTUM
P.O. BOX 84010                   P.O. BOX 32710
COLUMBUS, GA 31908               DEPT 11321837
                                 LOUISVILLE, KY 40232



KIKOFF                           PENNYMAC LOAN SERVICES
ATTN: BANKRUPTCY                 PO BOX 514387
75 BROADWAY                      LOS ANGELES, CA 90051
SAN FRANCISCO, CA 94111



LAB CORP                         PHILLIPS/BIO TEL HEART
P.O. BOX 2240                    P.O. BOX 1259
BURLINGTON, NC 27216             DEPT 126924
                                 OAKS, PA 19456



LVNV FUNDING                     RADIUS GLOBAL SOLUTION
2810 SOUTHAMPTON RD              9550 REGENCY SQ
PHILADELPHIA, PA 19154           STE 602
                                 JACKSONVILLE, FL 32225
```