## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

IN RE: DARRELL JOSEPH HOWARD          CASE NO.: 25-50563-KMS
AKA DARRELL HOWARD          CHAPTER: 7

### ENTRY OF APPEARANCE

I, Kimberly D. Putnam, appearing in the above entitled and numbered proceeding on behalf of PENNYMAC LOAN SERVICES, LLC , hereby request that it be placed on the mailing matrix and made a part of the record of this proceeding and that she be notified of all matters relevant to this case.

Dean Morris, LLC
1820 Avenue of America
Monroe, Louisiana 71201
(318) 330-9020

/s/ Kimberly D. Putnam
Kimberly D. Putnam (Bar #102418)
kim.mackey@ms.creditorlawyers.com
Attorney For PENNYMAC LOAN SERVICES, LLC
Date: April 24, 2025

## CERTIFICATE OF SERVICE

I, Kimberly D. Putnam, hereby certify that I have notified the following interested parties of the Entry of Appearance filed herein:

Thomas Carl Rollins, Jr
The Rollins Law Firm, PLLC
trollins@therollinsfirm.com

Zachary S Wessler, Sr
Trustee
chapter7trustee@wesslerlawgroup.com

U.S. Trustee
USTPRegion05.JA.ECF@usdoj.gov

By electronic transmission or by mailing this notice and a copy of the Entry of Appearance filed herein by United States Mail, first class, postage prepaid and properly addressed, all on this day April 24, 2025.

Dean Morris, LLC
1820 Avenue of America
Monroe, Louisiana 71201
(318) 330-9020

/s/ Kimberly D. Putnam
Kimberly D. Putnam (Bar #102418)
kim.mackey@ms.creditorlawyers.com
Attorney For PENNYMAC LOAN SERVICES, LLC
Date: April 24, 2025