United States Bankruptcy Court
Southern District of Mississippi

In re: Case No. 25-50563-KMS
Darrell Joseph Howard Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-6      User: mssbad      Page 1 of 2
Date Rcvd: Jul 15, 2025      Form ID: 318      Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Darrell Joseph Howard, 13425 Windridge Dr, Gulfport, MS 39503-5505 |
| 5502759 | + | Kimberly D. Putnam, Esq., Dean Morris LLC, For Pennymac Loan Services LLC, 1820 Avenue of America, Monroe LA 71201-4530 |
| 5500010 | + | LVNV Funding, 2810 Southampton Rd, Philadelphia, PA 19154-1207 |
| 5500011 | + | Merit Health, P.O. Box 281441, Atlanta, GA 30384-1441 |
| 5500016 | + | Optum, P.O. Box 32710, Dept 11321837, Louisville, KY 40232-2710 |
| 5500018 | + | Phillips/Bio Tel Heart, P.O. Box 1259, Dept 126924, Oaks, PA 19456-1259 |
| 5500020 | + | Southern Financial, P.O. Box 15203, Hattiesburg, MS 39404-5203 |
| 5500022 | + | Summer Chase Apartment, 2110 Popp's Ferry Rd, Biloxi, MS 39532-3307 |

TOTAL: 8

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: ebnotices@pnmac.com | Jul 15 2025 19:34:02 | PennyMac Loan Services, LLC, P.O. Box 2410, Moorpark, CA 93020-2410 |
| 5500004 | | EDI: ATTWIREBK.COM | Jul 15 2025 23:27:00 | AT&T, PO Box 5087, Carol Stream, IL 60197-5087 |
| 5500005 | + | Email/Text: billingadmin@consumercellular.com | Jul 15 2025 19:26:00 | Consumer Cellular, P.O. Box 7175, Pasadena, CA 91109-7175 |
| 5500006 | + | EDI: CRESCENTBANK.COM | Jul 15 2025 23:27:00 | Crescent Bank, P.O. Box 1407, Chesapeake, VA 23327-1407 |
| 5500008 | + | Email/Text: bankruptcy@kikoff.com | Jul 15 2025 19:26:00 | Kikoff, Attn: Bankruptcy, 75 Broadway, San Francisco, CA 94111-1423 |
| 5500009 | | Email/Text: govtaudits@labcorp.com | Jul 15 2025 19:26:00 | Lab Corp, P.O. Box 2240, Burlington, NC 27216 |
| 5500013 | | Email/Text: ml-ebn@missionlane.com | Jul 15 2025 19:26:00 | Mission Lane LLC, Attn: Bankruptcy, P.O. Box 105286, Atlanta, GA 30348 |
| 5500012 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Jul 15 2025 19:33:57 | Merrick Bank Corp, Po Box 9201, Old Bethpage, NY 11804-9001 |
| 5500014 | + | Email/Text: bankruptcy@ncaks.com | Jul 15 2025 19:26:00 | National Credit Adjust, P.O. Box 3023, 327 W 4th Street, Hutchinson, KS 67501-4842 |
| 5500015 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Jul 15 2025 19:26:00 | Nelnet, Po Box 82561, Lincoln, NE 68501-2561 |
| 5500017 | + | Email/PDF: ebnotices@pnmac.com | Jul 15 2025 19:34:02 | PennyMac Loan Services, Po Box 514387, Los Angeles, CA 90051-4387 |
| 5500019 | + | Email/Text: ngisupport@radiusgs.com | Jul 15 2025 19:26:00 | Radius Global Solution, 9550 Regency Sq, Ste 602, Jacksonville, FL 32225-8116 |
| 5500021 | + | Email/Text: bkinfo@ccfi.com | Jul 15 2025 19:26:00 | Speedy Cash, 9240 Hwy 49, Gulfport, MS 39503-4318 |

District/off: 0538-6     User: mssbad     Page 2 of 2
Date Rcvd: Jul 15, 2025     Form ID: 318     Total Noticed: 22

| Recip ID | | | |
|---|---|---|---|
| 5500023 | EDI: AISTMBL.COM | Jul 15 2025 23:27:00 | TMobile, PO Box 660252, Dallas, TX 75266-0252 |

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5500007 | ##+ | First Progress, P.O. Box 84010, Columbus, GA 31908-4010 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 17, 2025      Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Kimberly D. Putnam | on behalf of Creditor PennyMac Loan Services LLC kim.mackey@ms.creditorlawyers.com, msecf@ms.creditorlawyers.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Darrell Joseph Howard trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |
| Zachary S Wessler, Sr | chapter7trustee@wesslerlawgroup.com meredith@symmesestes.com;MS17@ecfcbis.com;Wessler.ZacharyR140624@notify.bestcase.com |

TOTAL: 4

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | **Darrell Joseph Howard** <br> First Name   Middle Name   Last Name | Social Security number or ITIN   **xxx–xx–3577** <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN   _ _ _ _ <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court for the **Southern District of Mississippi** | | |
| Case number:   **25–50563–KMS** | | |

## Order of Discharge                                                                                  12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

**Darrell Joseph Howard**
aka Darrell Howard

Dated: 7/15/25                              **By the court:** /s/Katharine M. Samson
                                                               United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                           **Order of Discharge**                                    page 1

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**